UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KERRY HUNTLEY,

       Petitioner,

   vs            9:00-CV-191

SUPERINTENDENT, Supt. of Southport Corr. Facility,

       Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:         OF COUNSEL:

KERRY HUNTLEY
Petitioner, Pro Se
96-A-6846
Southport Correctional Facility
Box 2000
Pine City, NY 14871

HON. ELIOT L. SPITZER      STEVEN H. SCHWARTZ, ESQ.
Attorney General of the       Asst. Attorney General
 State of New York
Attorney for Respondent
Department of Law
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Petitioner, Kerry Huntley, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By a report recommendation dated December 5, 2006, the Honorable George H. Lowe, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus be denied and dismissed. Petitioner filed timely objections.

Based upon a de novo determination of the report and recommendation, including the portions to which petitioner objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Accordingly, it is

ORDERED that the petition is DENIED and DISMISSED in its entirety.

IT IS SO ORDERED.

Dated:   January 29, 2007
     Utica, New York.

United States District Judge